

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00352-CR

---

MATTHEW LEE FLOWERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 31st District Court
Lipscomb County, Texas
Trial Court No. 1296, Honorable Steven R. Emmert, Presiding

---

February 3, 2026

## ORDER OF ABATEMENT AND REMAND

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Matthew Lee Flowers, proceeding pro se, appeals from the trial court's *Order Denying Defendant's Request Following DNA Testing* pursuant to article 64 of the Code of Criminal Procedure. The clerk's record and reporter's record were originally due December 8, 2025, but remain outstanding due to Appellant's failure to pay for their preparation. Now pending before the Court is Appellant's motion requesting a free appellate record due to his claimed indigence.

Accordingly, we abate the appeal and remand the cause to the trial court to rule on Appellant's motion and determine (1) whether Appellant still desires to prosecute the appeal, and (2) whether Appellant is entitled to have the clerk's record and reporter's record furnished without charge pursuant to Rule of Appellate Procedure 20.2. *See* TEX. CODE CRIM. PROC. art 64.05.

The trial court shall enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a clerk's record and cause that record to be filed with the Clerk of this Court by March 5, 2026.

It is so ordered.

Per Curiam

Do not publish.